# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:   Miller, Sylvia E   §   Case No. 10 B 17411
§
Debtor   §
§

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/20/2010.

2) The plan was confirmed on 06/24/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/07/2011.

5) The case was dismissed on 08/18/2011.

6) Number of months from filing or conversion to last payment: 11.

7) Number of months case was pending: 17.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $19,700.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,905.00 |
| Less amount refunded to debtor | $0 |
| **NET RECEIPTS:** | **$3,905.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,179.84 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $183.29 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,363.13** |
| Attorney fees paid and disclosed by debtor    $500.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Consumer Financial Services | Secured | $2,835.00 | $1,164.80 | $1,164.80 | $718.19 | $0 |
| HSBC Bank Nevada NA | Secured | NA | $487.41 | $487.41 | $0 | $0 |
| Wells Fargo Bank NA | Secured | $109,225.00 | $101,523.55 | $101,523.55 | $0 | $0 |
| Wells Fargo Bank NA | Secured | NA | $7,793.30 | $7,793.30 | $0 | $0 |
| Wells Fargo Home Mortgage | Secured | $109,225.00 | NA | NA | $0 | $0 |
| Whispering Pines Condominium Ass | Secured | $4,961.00 | $5,317.40 | $4,961.00 | $823.68 | $0 |
| American Collection Corp | Unsecured | $520.00 | NA | NA | $0 | $0 |
| American Express | Unsecured | $2,159.00 | $2,159.63 | $2,159.63 | $0 | $0 |
| Applied Bank | Unsecured | $0 | NA | NA | $0 | $0 |
| Applied Bank | Unsecured | $0 | NA | NA | $0 | $0 |
| Armor Systems Corporation | Unsecured | $75.00 | NA | NA | $0 | $0 |
| Armor Systems Corporation | Unsecured | $75.00 | NA | NA | $0 | $0 |
| Atlantic Credit & Finance Inc | Unsecured | $5,207.00 | $5,206.98 | $5,206.98 | $0 | $0 |
| Bank Of America | Unsecured | $0 | NA | NA | $0 | $0 |
| Bank Of America | Unsecured | $0 | NA | NA | $0 | $0 |
| Bankfirst | Unsecured | $0 | NA | NA | $0 | $0 |
| Barclays Bank of Delaware | Unsecured | $0 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CACH LLC | Unsecured | $12,102.00 | $12,102.08 | $12,102.08 | $0 | $0 |
| Capital One | Unsecured | $0 | NA | NA | $0 | $0 |
| Capital One | Unsecured | $0 | NA | NA | $0 | $0 |
| Carico | Unsecured | $0 | NA | NA | $0 | $0 |
| Carico | Unsecured | $0 | NA | NA | $0 | $0 |
| Chase | Unsecured | $0 | NA | NA | $0 | $0 |
| Chase | Unsecured | $0 | NA | NA | $0 | $0 |
| Chase | Unsecured | $1,964.00 | NA | NA | $0 | $0 |
| Citi-Bp Oil | Unsecured | $0 | NA | NA | $0 | $0 |
| Consumer Financial Services | Unsecured | $1,164.00 | NA | NA | $0 | $0 |
| CR Evergreen LLC | Unsecured | $1,488.00 | $1,566.25 | $1,566.25 | $0 | $0 |
| CR Evergreen LLC | Unsecured | $927.00 | $927.37 | $927.37 | $0 | $0 |
| Credit Management Co. | Unsecured | $277.00 | NA | NA | $0 | $0 |
| Credit One | Unsecured | $0 | NA | NA | $0 | $0 |
| Department Stores National Bank | Unsecured | $592.00 | $644.68 | $644.68 | $0 | $0 |
| Discover Financial Services | Unsecured | $0 | NA | NA | $0 | $0 |
| Enhanced Recovery | Unsecured | $125.00 | NA | NA | $0 | $0 |
| First Premier Bank | Unsecured | $0 | NA | NA | $0 | $0 |
| Ford Motor Credit Corporation | Unsecured | $0 | NA | NA | $0 | $0 |
| GEMB | Unsecured | $0 | NA | NA | $0 | $0 |
| HSBC | Unsecured | $0 | NA | NA | $0 | $0 |
| HSBC | Unsecured | $0 | NA | NA | $0 | $0 |
| HSBC | Unsecured | $0 | NA | NA | $0 | $0 |
| HSBC | Unsecured | $0 | NA | NA | $0 | $0 |
| HSBC | Unsecured | $0 | NA | NA | $0 | $0 |
| HSBC | Unsecured | $0 | NA | NA | $0 | $0 |
| HSBC Bank Nevada NA | Unsecured | $5,601.00 | $5,601.80 | $5,601.80 | $0 | $0 |
| HSBC Bank Nevada NA | Unsecured | $751.00 | $263.42 | $263.42 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | NA | $5,206.98 | $5,206.98 | $0 | $0 |
| KCA Financial Services | Unsecured | $125.00 | NA | NA | $0 | $0 |
| MiraMed Revenue Group, LLC | Unsecured | $142.00 | NA | NA | $0 | $0 |
| National Capital Management | Unsecured | $1,099.00 | $1,099.18 | $1,099.18 | $0 | $0 |
| National Capital Management | Unsecured | $528.00 | $578.64 | $578.64 | $0 | $0 |
| National Capital Management | Unsecured | $598.00 | $598.13 | $598.13 | $0 | $0 |
| NBGL-Carsons | Unsecured | $0 | NA | NA | $0 | $0 |
| NBGL-Carsons | Unsecured | $0 | NA | NA | $0 | $0 |
| NCO Financial Systems | Unsecured | $95.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Nissan Motor Acceptance Corporation | Unsecured | $0 | NA | NA | $0 | $0 |
| Nissan Motor Acceptance Corporation | Unsecured | $0 | NA | NA | $0 | $0 |
| Palisades Collection LLC | Unsecured | $589.00 | $589.94 | $589.94 | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $1,726.00 | NA | NA | $0 | $0 |
| RJM Acquisitions LLC | Unsecured | NA | $281.49 | $281.49 | $0 | $0 |
| Rnb Fields3 | Unsecured | $0 | NA | NA | $0 | $0 |
| Rnb Fields3 | Unsecured | $0 | NA | NA | $0 | $0 |
| Sears/Citibank SD | Unsecured | $0 | NA | NA | $0 | $0 |
| Senex Services Corp | Unsecured | $197.00 | $1,171.10 | $1,171.10 | $0 | $0 |
| Spiegel | Unsecured | $0 | NA | NA | $0 | $0 |
| Target National Bank | Unsecured | $1,354.00 | $1,393.54 | $1,393.54 | $0 | $0 |
| UALT/CBSD | Unsecured | $0 | NA | NA | $0 | $0 |
| Weisfield Jewelers | Unsecured | $330.00 | NA | NA | $0 | $0 |
| WFNNB | Unsecured | $0 | NA | NA | $0 | $0 |
| Whispering Pines Condominium Assoc | Unsecured | NA | $356.40 | $356.40 | $0 | $0 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $101,523.55 | $0 | $0 |
| Mortgage Arrearage | $7,793.30 | $0 | $0 |
| Debt Secured by Vehicle | $1,164.80 | $718.19 | $0 |
| All Other Secured | $5,448.41 | $823.68 | $0 |
| **TOTAL SECURED:** | $115,930.06 | $1,541.87 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $39,747.61 | $0 | $0 |

UST Form 101-13-FR-S (09/01/2009)

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $2,363.13 |
| Disbursements to Creditors | $1,541.87 |
| **TOTAL DISBURSEMENTS:** | **$3,905.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: September 30, 2011    By: /s/ MARILYN O. MARSHALL
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.